■■■ ROBERT WEICHERT, Appellant, v ROBERT C. CLARK et al., Respondents. [842 NYS2d 352]—Appeal from an order and judgment (one paper) of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered May 11, 2006 in an action for breach of contract. The order and judgment, after a nonjury trial, inter alia, dismissed the complaint in part.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Fahey and Green, JJ.